# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL J. NANCE,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) CIVIL NO. 09-cv-097-DRH ) |
| **G. SCHWARTZ, et al.,** | ) ) |
| **Defendants.** | ) ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is for failure to state a claim upon which relief may be granted. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

| | |
|---|---|
| August 5, 2009 | By: /s/ DavidRHerndon |
| *Date* | *Chief Judge* |